*Special favor Under Gov.Code 2260*
*Judge Keith P. Ellison*

—TO-2254—

*14 Dokitt3, Convicted
on expired Protective Order
And Assault Domestic
Violence, Also
Changing the Charge
in Trial.
With 1983.
Paupers Forms*

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE _Southern_ DISTRICT OF TEXAS
## _Houston TX_ DIVISION

John Eldridge Murphy  02378001
_____
Plaintiff's Name and ID Number

United States Courts
Southern District of Texas

*Sending Marr
AFFidaits, NOt Suppose*

O.B. Ellis I
_____
Place of Confinement

FILED

*July 19, 2023*

CASE NO. _____

Nathan Ochsner, Clerk of Court        (Clerk will assign the number)

v.  Will Dorham, Hal Ridley D/As
                    Chris Thompson
STATE OF TEXAS,
_____
Defendant's Name and Address
Clint, McRae - Kevin Lungsford
State Of Texas
_____
Defendant's Name and Address
& Jewel Taylor, Barbra Taylor, All Depts. law iforcement
STATE OF TEXAS          D.P.S. Task Force, Chris Cash, James Eldmonds
_____     Texas            Game Wardens.
Defendant's Name and Address          Rangers
( DO NOT USE "ET AL.")

*to Bc her
SDS.
I Am Being
held against my will
I have the Right. U.S. Const. to Drop
Walker County Tx. these
Chris Cash, James Eldmonds
Texas      Game Wardens.
Rangers*

United States Courts
Southern District of Texas
FILED

### INSTRUCTIONS - READ CAREFULLY

JUL 19 2023

Nathan Ochsner, Clerk of Court

**NOTICE:**

Your complaint is subject to dismissal unless it conforms to these instructions and to this form.

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

*SDS.*          *Due Process Clause, Terrorism texas
Under U.S. Gov. law on Terrorism
I Am Held against my will, Tortured
More than you can Believe, I Am Fixing to take
Matters into my own Hands, And Kill these Animals*

1

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00.**

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓YES ___NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: 1107 Walker County TX, And 1983 civil suit, Judge Keith P. Ellison

        2.  Parties to previous lawsuit:

        Plaintiff(s) John Eldridge Murphy 1983

        Defendant(s) V. Warden Chuvelier, And 1107, STATE OF TX. Walker County

        3.  Court: (If federal, name the district; if state, name the county.) Southern, Walker County TX.

        4.  Cause number: (1983) 4:23-CV,01600, Docki# 1,P.1 and 28982-28984

        5.  Name of judge to whom case was assigned: Judge Keith P. Ellison, And Judge David Mooremora

        6.  Disposition: (Was the case dismissed, appealed, still pending?) waiting for Transporton 1983

        7.  Approximate date of disposition: 1983, Granted (Filed) 6-6-23, 1107 June 14 th, 2023, 120, days, Dedline, No Hearing At all

2

SOS.    Special favor Goverment Code 2260.

II.    PLACE OF PRESENT CONFINEMENT: O.B. Ellis I, T.D.C.J.

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.
I Already Have A 1983 Granted, From you Judge Ellison, 6-6-23
only way I could get this on your Desk,
IV.    PARTIES TO THIS SUIT:    1988s, Affidavits, 2254.

A.  Name and address of plaintiff: STAte's D/A OF TEXAS
more ⟶ Will Durham, Hal Ridley, Chris Thompson.
1036 11th Street, Huntsville TX. 77320

B.  Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Will Durham; Hal Ridley; Chris Thompson

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Convicted For 18 years And Bonds 7 Expired 16 months in Jury
should Not Have Been A Jury Trial,    Trial.
Defendant #2: Clint MeCrAe; Kevin Longsford, Dps. Task Force, Chris Cash
David, Mike, Michael B., Michael G., Justin L; Justin B.; Alex G.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Mothew G.
Convicted For 18 years And Around or About    Land sum.
7 Arrest on Cause #s 28982, 28984 exp. 16 months    more
Defendant #3: Jewel Taylor,    in Jury Trial Barbara Taylor
DPS Task Force, Tex. Rang. Chris Cash, Jates, James Eldmonds (members From All.)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Convicted For 18 years And Around or About 7 Arrest on Cause #s
28982-28984- expired 16 months in Jury Trial.
Defendant #4:    1983 Civil Rights Suite on T.D.C.J. with
members of these Departments Family's Torturing the shit ouT oF Me!
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
To hide there Dirty Cases, murders, missing TX 40.
my mom, Dad, David Evkins, Cousins, Hole Family Friends.
Defendant #5:    And others prostitution, USing V.O.R,
Cyber Assaults, in your CourtRoom Clerk's offices.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
US. Marshals office, Charging the outcome
To Suffice there Convictions, And Secret Society.
~~Due Process~~, Due Process, clause,
Terrorism
This in ~~and~~ An Under.
Statement

3

Innsult too the honest Peace Officers oF Texas.

Special @ favor Gov. Code 2260 Using V.O.R. And your cumpas, Codes Computer Codes etc. to Change the Outcome

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I will Testify under oath to Hk.3. State most.

Last 3 arryst out of 7 Au Dirty

The last 14 Dockitt Call's, my Bonds (Both) Cause nambers, wer expired, last 3 Arrest. ① Did not arrest the Alledged Viction, And in Police Report, you have in your Possesion, in Clerk's OFfice Nathon Ochsner, ~~~~~ the Proof, OF the last arrest. ② Did not Have warrents at times OF arrest, Rights Read. And Detective Sullavons wos one OF the arresting @1 Deputys with Deputy Brandon Stokes, And I'm in Seg over. 2 Dirty Cases you have Filed on the 1983, Granted. Step① - Step2, boomley and Grigsby Dirty. And Sullovon's wife here At ✝DCJ Ellis I. ③ on Oct. 18th 2021, Brandon Arrested me on Both Cause numbers used, in trial, expired 18 months — Stokes,

VI.    RELIEF:  State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Due Process, Illeagal Custody.

Special favor, under Gov. Code 2260 Imediate Release From A Total Disrespect For mine And other's Due Process, clause —

VII.    GENERAL BACKGROUND INFORMATION:    14 Dockit#s expired Both Cause numbers.

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

John Eldridge Murphy (Johnny) ##1 names After, my 2nd Cousin, Liberty County, Sherrifs Dept. Johnie Ethol.

✗ B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.  Ci

Cid # 04204268, 02378001, Dec. 15th 2021. 1989, Also Con Prove this was a set up, Trial Conviction Judgement Date) 638100 TDCJ And I Am the one

VIII.    SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?    ___YES  ✗ NO who Contacted the F.B.I.

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)  And others, on the woman who were Raped At

1. Court that imposed sanctions (if federal, give the district and division): _____
I WAS Told By Alfred Bennett

2. Case number: _____ to Exaust my Remedies. And I did Exaust   Travis County Community Justice

3. Approximate date sanctions were imposed: _____ Remedies. center

4. Have the sanctions been lifted or otherwise satisfied? I was never. ___YES ___NO

Add on (Also) Cyber Punk's, V.O.R. in your computers ... And Like I Am Testifying Camras, your Codes ... To... These Animals are using etc. And more ... V.O.R, And have your Camras in use.

*expired Bonds 14 Dockits Before Arrested Oct. 18th 2021*

*28982 on Arrest Oct. 18th 2021 15 months exp. and 16 months expired Dec. 14th 15th 2021*

*28984*

*28984*

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES ____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): *Granted June 5th 2023*

2. Case number: *~ You vis you Awarded me MR. Ellison,*

3. Approximate date warning was issued: *Civil Suite 4:23 CV.01600, Dock.1.P.1.*

*Filed By Clerk Ochsner, 6-6-23*

*T.D.C.J. And Peace Officers Association of Texas*

*02378001*

Executed on: **7-17-23**
    DATE

*John E Murphy*
(Signature of Plaintiff) *02378001*

**PLAINTIFF'S DECLARATIONS**

*Coff off your U.S. marshal I.Michael occurre, FBI. Cin. etc.*

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___**17th**___ day of ___**July**___, 20 **23**.
         (Day)              (month)              (year)

*02378001*

*John E. Murphy*
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

*Special favor, 2260, never should have had to file no appeals*

5

*Due Process 150 day 15 Dockrtts all Bonds Before Trial expired*

John E. Murphy 02378001
B-2-1-20-B, 6/4, seg
O.B. Ellis I, T.D.C.J.
1697 Fm 980
Huntsville TX. 77343

NORTH HOUSTON TX 773

17 JUL 2023  PM 8 L

FREEDOM
FOREVER/USA

Judge Keith P. Ellison
United States District Court Clerk
Southern District
Houston TX. Division

P.O. Box 61010

Houston TX. 77208-1010

United States Courts
Southern District of Texas
FILED

JUL 19 2023

Nathan Ochsner, Clerk of Court

(S)

4:23 cv.02600, Docket 1.P.1.
Prisoner's Civil Rights.
(Legal mail)

77208-101010